UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>    Plaintiff,<br><br>    v.<br><br>DENIS RICHARD MCDONOUGH, et al.,<br><br>    Defendants. | Case No. 22-cv-04995-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Haywood S. Gilliam, Jr. to determine whether it is related to *Drevaleva v. Hayo, et. al*, Case No. 21-cv-00684-HSG.

**IT IS SO ORDERED**.

Dated: September 12, 2022

_____
SALLIE KIM
United States Magistrate Judge