UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>Plaintiff,<br><br>v.<br><br>DENIS RICHARD MCDONOUGH, et al.,<br><br>Defendants. | Case No. 22-cv-04995-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS**<br><br>Re: Dkt. Nos. 24, 29 |

The Court has reviewed Magistrate Judge Kim's Report and Recommendation, as well as objections to the Report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, this case is **DISMISSED WITH PREJUDICE** based on *res judicata*. Plaintiff has also filed a motion to extend her objection deadline, stating she has not had enough time to respond. *See* Dkt. No. 29. But before filing her motion to extend, Plaintiff filed two motions, *see* Dkt. Nos. 27, 28, which are, in essence, objections to the Report and comprise dozens of pages of argument and hundreds of pages of exhibits. These filings undermine any argument that Plaintiff did not have time object, and regardless, the Court construes these filings as objections and has considered them. Plaintiff's motion to extend the deadline is **DENIED**. Dkt. No. 29. This order terminates Dkt. Nos. 27 and 28. The Clerk is directed to enter judgment in favor of Defendants and close the case.

**IT IS SO ORDERED.**

Dated: 2/17/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge